

# SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**ATTORNEY MICHAEL W. WHITCHER**
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

August 25, 2008

**VIA ELECTRONIC FILING**
The Honorable Judith G. Dein
United State District Court
One Courthouse Way, Suite 6420
Boston, MA 02110

Re: *Encompass Insurance Company of Massachusetts v. Shlosman, et al*
U.S.D.C. for the District of Massachusetts, C.A. No. 07-10400 GAO
**Our File No.: 1075-0901**

Dear Judge Dein:

Please accept this correspondence as a status report pursuant to this Court's Order dated August 26, 2008.

Further to my previous status report dated August 25, 2008, Encompass and defendants, Felix Shlosman and AD Medical Services, Inc., finalized their settlement agreement and have filed an Agreement for Judgment. *See* Docket No. 135.

Encompass and defendant, Lorna Mathieu, continue to seek a settlement of this matter. However, no agreement has been reached as of this writing.

Encompass respectfully requests an additional two (2) weeks to resolve this matter. With this Court's consent, the parties will file a further status report on or before September 22, 2008.

Thank you for your time and attention to the foregoing.

Respectfully submitted,

Michael W. Whitcher

cc: Paul Chomko, Esq. (via CM/ECF)
Valerie Carter, Esq. (via CM/ECF)
Lorna Mathieu (via First Class U.S. Mail)

| **Danvers** | **Philadelphia** | **Providence** | **New York** | **Braintree** | **Springfield** |
|---|---|---|---|---|---|
| 185 Centre Street | 1650 Market Street | One State Street | 1205 Franklin Ave. | 350 Granite Street | 191 Chestnut Street |
| Suite 101 | 36th Floor | Suite 400 | Suite 260 | Suite 2303 | Suite 3D |
| Danvers, MA 01923 | Philadelphia, PA 19103 | Providence, RI 02908 | Garden City, NY 11530 | Braintree, MA 02184 | Springfield, MA 01103 |
| (978) 646-9114 | (267) 207-2780 | (401) 351-9970 | (212) 421-2769 | (617) 770-2214 | (413) 746-8122 |
| (978) 646-9264 fax | (267) 319-7901 fax | (401) 274-6218 fax | (212) 319-3673 fax | (617) 774-1714 fax | (413) 781-6290 fax |