

# SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**ATTORNEY MICHAEL W. WHITCHER**
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

September 22, 2008

**VIA ELECTRONIC FILING**
The Honorable Judith G. Dein
United States District Court
One Courthouse Way, Suite 6420
Boston, MA 02110

Re:   *Encompass Insurance Company of Massachusetts v. Shlosman, et al*
      U.S.D.C. for the District of Massachusetts, C.A. No. 07-10400 GAO
      **Our File No.: 1075-0901**

Dear Judge Dein:

    Please accept this correspondence as a status report pursuant to this Court's Order dated September 9, 2008.

    Further to my latest status report dated September 8, 2008 (Docket No. 136), Encompass and defendants, Felix Shlosman and AD Medical Services, Inc., finalized their settlement agreement and have filed an Agreement for Judgment. *See* Docket No. 135.

    Encompass and defendant, Lorna Mathieu, are working to reach a settlement of this matter. However, no agreement has been reached as of this writing.

    Encompass respectfully requests an additional two (2) weeks to resolve this matter. With this Court's consent, the parties will file a further status report on or before October 6, 2008.

    Thank you for your time and attention to the foregoing.

Respectfully submitted,

Michael W. Whitcher

cc:   Paul Chomko, Esq. (via CM/ECF)
      Valerie Carter, Esq. (via CM/ECF)
      Lorna Mathieu (via First Class U.S. Mail)

| Danvers | Philadelphia | Providence | New York | Braintree | Springfield |
|---|---|---|---|---|---|
| 185 Centre Street | 1650 Market Street | 317 Iron Horse Way | 1205 Franklin Avenue | 350 Granite Street | 191 Chestnut Street |
| Suite 101 | 36th Floor | Suite 203 | Suite 260 | Suite 2303 | 3rd Floor |
| Danvers, MA 01923 | Philadelphia, PA 19103 | Providence, RI 02908 | Garden City, NY 11530 | Braintree, MA 02184 | Springfield, MA 01103 |
| (978) 646-9114 | (267) 207-2780 | (401) 351-9970 | (347) 710-0050 | (617) 770-2214 | (413) 746-8122 |
| (978) 646-9264 fax | (267) 319-7901 fax | (401) 274-6218 fax | (347) 710-0055 fax | (617) 774-1714 fax | (413) 781-6290 fax |