UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY )<br>OF MASSACHUSETTS )<br>       Plaintiff, )<br>        )<br>v. )<br>        )<br>FELIX SHLOSMAN, LORNA MATHIEU, )<br>ASHA SAXENA, M.D., AD MEDICAL )<br>SERVICES, INC. d/b/a MIDDLESEX )<br>PHYSICAL THERAPY and )<br>LAWRENCE PHYSICAL THERAPY, )<br>       Defendants. | C.A. No. 07 CV 10400 |

**STIPULATION OF DISMISSAL**

Plaintiff, Encompass Insurance Company of Massachusetts, hereby dismisses all claims it asserted in this action against defendant, **LORNA MATHIEU**, with prejudice without costs and waiving all rights of appeal.

Ms. Mathieu assents to this dismissal.

| | |
|---|---|
| *Encompass Insurance Company*<br>By its attorneys, | *Lorna Mathieu*<br>By her attorneys |
| ___/s/ Nathan A. Tilden_____<br>Richard D. King, Jr. (BBO#638142)<br>Nathan A. Tilden (BBO#647076)<br>SMITH & BRINK, P.C.<br>122 Quincy Shore Dr.<br>Quincy, MA 02171<br>617-770-2214 | ___/s/ Valerie S. Carter_____<br>Valerie S. Carter (BBO#545412)<br>CARTER & DOYLE LLP<br>Lexington Office Park<br>430 Bedford Street, Suite 195<br>Lexington, MA 02420<br>781-861-0064<br>vcarter@carterdoyle.com |

DATED: September 30, 2008