UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS
        Plaintiff(s)

v.    CIVIL ACTION NO. 07-10400-GAO

FELIX SHLOSMAN, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE    , D.J.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the parties Agreement for Judgment, dated 9/4/08, judgment is for the plaintiff against the defendants, Felix Shlosman and AD Medical Services, d/b/a Middlesex Physical Therapy and Lawrence Physical Therapy (hereinafter "AD Medical"), in the amount of $500,000 without costs or interest.**

**A Stipulation of Voluntary Dismissal with Prejudice as to Asha Saxena was filed on 8/25/08.**

**A Stipulation of Dismissal with prejudice as to Lorna Mathieu was filed on 9/30/08.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 10/22/08    By /s/ Paul Lyness